UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANDON MORRIS,

    Plaintiff,

v.                                             Case No.: 21-cv-02280

CITY OF LAKELAND, FLORIDA;
JEREMY WILLIAMS; and
ALEXANDER COOKS,

    Defendants.
_____/

## DEFENDANTS' MOTION TO DESIGNATE CO-LEAD COUNSEL FOR PURPOSES OF MEDIATION

Defendants, City of Lakeland, Florida, Jeremy Williams, and Alexander Cooks, by and through the undersigned attorneys, hereby file this Motion to Designate Co-Lead Counsel for Purposes of Mediation and state the following:

1. This Court's Order Appointing Mediator (Doc. 38) reflected the parties' agreement to a Mediation Conference for October 10, 2022, pursuant to Chapter 4 of the Middle District of Florida Local Rules.

2. Rule 4.03(d) of the Middle District of Florida Local Rules requires the attendance of lead counsel at mediation. The undersigned, lead counsel is now first priority for a Jury Trial beginning October 10, 2022, in the matter of *Milenia Distefano v. Polk County Board of County Commissioners,* Case No. 2021CA-001053 before the Honorable Wayne Durden in the Tenth Judicial Circuit in and for Polk County, Florida.

01062115-1

3. Jennifer Vasquez, a partner in the undersigned law firm, has filed a Notice of Appearance in this matter. (Doc. 46).

WHEREFORE, Defendants respectfully request that the Court designate Jennifer Vasquez, Esquire as co-lead counsel for the purposes of mediation scheduled for October 10, 2022.

### CERTIFICATION OF RULE 3.01(G) CONFERRAL

Counsel for both parties conferred on October 6, 2022, and Plaintiff's counsel has no objections to this Motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of October, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

CAMPBELL TROHN TAMAYO & ARANDA

/s/ Jonathan B. Trohn
JONATHAN B. TROHN
FL BAR #0880558
j.trohn@cttalaw.com
JENNIFER VASQUEZ
FL BAR #71942
j.vasquez@cttalaw.com
1701 South Florida Avenue
Lakeland, Florida 33803
(863) 686-0043 (phone)
(863) 616-1445 (facsimile)
Attorneys for Defendants

01062115-1